UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

        Plaintiff,        No.    1:07-CR-270

v.                                     Hon.  Paul L. Maloney
                                                    Chief United States District Judge

ERIC THOMAS LATHAM,

        Defendant.
_____/

## ORDER

**IT IS HEREBY ORDERED** that the Government's motion to file its response to Movant's motion to vacate, set aside, or correct his federal sentence pursuant to 18 U.S.C. § 2255 is hereby granted . The Government shall have an additional two weeks to and including December 7, 2009 to file its response.


Dated: November 19, 2009                /s/ Paul L. Maloney
                                                    HON. PAUL L. MALONEY
                                                    Chief United States District Judge