UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA

    Plaintiff,

                                  No. 1:07-CR-270

v.

                                  Hon. Paul L. Maloney

ERIC THOMAS LATHAM                Chief United States District Judge

    Defendant.

_____/

## O R D E R

IT IS HEREBY ORDERED that the Defendant's Motion to file a reply to the Government's response to his Motion to vacate, set aside, or correct his federal sentence pursuant to 28 USC § 2255 is hereby granted. The Defendant shall have an additional one week to and including December 17, 2009 to file his reply.

Dated: December 21, 2009                /s/ Paul L. Maloney
                                              HON. PAUL L. MALONEY
                                              Chief United States District Judge